ARMOUR AND COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 14, 1931.*

HARRY B. BOGG, JR., for claimant.

Oscar E. Carlstrom, Attorney General; Carl I. Dietz, Assistant Attorney General, for respondent.

Mr. Chief Justice Clarity delivered the opinion of the court:

This is a claim for 2,503 pounds of frozen boneless briskets delivered to the Kankakee State Hospital on an order by the Department of Purchases and Construction of the State of Illinois. There seems no doubt as to the delivery of the article in question and the Attorney General comes and consents that an award be allowed in the amount of $376.54.

The court, therefore, recommends that claimant be allowed the sum of $376.54.